JUDGE DAVID GUADERRAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2020 OCT 21 PM 1:25
CLERK US DISTRICT COURT
ESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | SEALED |
| Plaintiff, | § | NO. EP-20-CR- |
| v. | § § | |
| JESSICA LOURDES HUERTA (1) and ███████████████ | § § § | **EP20CR2224** |
| Defendants. | § | |

## ORDER

On this date came on to be considered the Motion of the United States in the above-styled and numbered cause to seal the indictment. It appearing to the Court that the motion is well taken and should be granted,

IT IS HEREBY ORDERED that the Indictment, warrants for arrest, and related documents concerning the above named defendant in the above numbered cause be sealed, except as otherwise provided below;

IT IS FURTHER ORDERED that the District Clerk's office provide notice to the Government after each Defendant's arrest.

IT IS FURTHER ORDERED that upon notice by the District Clerk's office, the Government is to provide to the district clerk's office a copy of the Indictment, which has been redacted in the following manner:

The name of the Defendant who has not yet been informed of the charges through a hearing pursuant to Rule 5 or Rule 10, Fed.R.Crim.P. in connection with this case is to be omitted from the style of the Indictment.

IT IS FURTHER ORDERED that the district clerk's office provide to each Defendant at the time of his initial appearance (conducted pursuant to Rule 5, Fed. R. Crim. P.), or arraignment (conducted pursuant to Rule 10, Fed. R. Crim. P.), whichever is applicable, a copy of the Indictment which has been redacted and delivered by the Government, as set forth above;

IT IS FURTHER ORDERED that a copy of the indictment as returned by the grand jury be delivered to the United States Attorney's Office as soon as practicable after the date of this order;

IT IS FURTHER ORDERED that all of the respective documents referred to above may be unsealed at the time of the arrest of the Defendant for his appearance before this Court pursuant to either Rule 5 or Rule 10, Fed. R. Crim. P.;

IT IS FURTHER ORDERED that the Motion of the United States and this Order shall be sealed by the Clerk, to be unsealed upon the arrest of the defendant provided, however, that a file-stamped copy of the motion and this Order be delivered to the United States Attorney's Office.

SIGNED and ENTERED this 21st day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE